UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CORVIUS DONTRELL BARCLAY, JR.,**<br>      Plaintiff,<br><br>v.<br><br>**STEVE GIDDINS, et al.,**<br>      Defendants. | 1:24-cv-827-CLM-SGC |

## MEMORANDUM OPINION

Pro se plaintiff Corvius Dontrell Barclay, Jr. brings this case under 42 U.S.C. § 1983. (Doc. 1). On July 29, 2024, the court granted Barclay's motion to proceed in forma pauperis and ordered Barclay to sin and return a Prisoner Consent form within 30 days. (Doc. 6). The court cautioned Barclay that if he failed to timely return the Prisoner Consent Form, his lawsuit might be dismissed without further notice. (*See id.*).

The deadline passed, but Barclay did not return his Prisoner Consent Form. So the magistrate judge entered a report, recommending the court dismiss this case without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. (Doc. 7). The magistrate judge advised Barclay of his right to file written objections to the Report and Recommendation within 14 days, but to date, the court has not received any objections or other response from him.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation (doc. 7). Consistent with that recommendation, the court will dismiss this case without prejudice because Barclay has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

The court will enter a separate final judgment that closes this case.

**Done** on October 4, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE